James Shelton Meng, as Receiver for the Benefit of the Plaintiff in the Action of Seamen's Bank for Savings in the City of New York, as Plaintiff, against Emanuel M. Krulewitch and Others, now Pending in the Supreme Court, New York County, Respondent, v. Frederick Fischer, Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Joseph Beck & Sons, Appellant, v. Sigmund Tynberg, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Raphael Carbone, Doing Business as Carbone Construction Company, Respondent, v. Ellison Construction Company and National Surety Company, Appellants, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Star Company, Respondent, v. The Press Publishing Company and Rudolph Dirks, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.; Laughlin and Scott, JJ., dissenting.

Scott & Fowles Company, Appellant, v. Nannie H. Wright, etc., Respondent.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event upon the ground that the verdict was against the weight of evidence. No opinion. Order to be settled on notice. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Innovation Ingenuities, Incorporated, Appellant, v. The New York Times Company, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve amended complaint on payment of costs in this court and in the court below. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

William Knabe, Appellant, v. Mabelle H. Dorland, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Louis E. Julian, Respondent, v. The New York Times Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Max Keve, Respondent, v. Columbia Kid Hair Curlers Manufacturing Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Kate Reynolds, Appellant, v. New York Transportation Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.